**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 09-CV-12222

VEHICLE 2000 INTERNATIONAL TRUCK VIN
2HSCHAMR5YC076636, et al.

    Defendants.
                                                     /

**ORDER SETTING JANUARY 20, 2010 AS DEADLINE FOR FILING MOTION TO
DISMISS CLAIMANT PATTERSON-MAPP AND SETTING CONFERENCE FOR
JANUARY 21, 2010**

On January 7, 2010, a status conference was held in the above-captioned matter. At the conference, Claimant Sharon Y. Patterson-Mapp stated that her answers to the Government's special interrogatories were scheduled to be delivered to the Government by 5:00 p.m. on January 7, 2010. The court now assumes that delivery has occurred substantially as predicted. Government counsel is directed to analyze the materials provided to determine the apparent validity of Patterson-Mapp's claim. If the Government wishes to assert that Patterson-Mapp has not sufficiently articulated a valid claim, then it must file a motion to dismiss her claim from the case not later than **January 20, 2010 at 3:00 p.m.** and simultaneously notify pro se party Patterson-Mapp by telephone or the equivalent (e.g., email) that the motion has been filed.

In addition, all parties have indicated that they are amendable to settling this matter. To facilitate this process, the court will hold a settlement conference on **January 21, 2010 at 2:00 p.m.** If the Government has filed a motion to dismiss Patterson-Mapp's claim, and been notified of that fact by telephone, this settlement

conference will be cancelled. Electronic filing parties will have been notified of the filing and cancellation in the ordinary course of electronic notifications. Accordingly,

IT IS ORDERED that the Government shall have until **January 20, 2010**, at 3:00 p.m., to file a motion to dismiss the claim of Sharon Y. Patterson-Mapp.

IT IS FURTHER ORDERED that unless the Government has filed such a motion, a settlement conference shall be held on **January 21, 2010, at 2:00 p.m.** All parties, or a party representative will full decision-making authority for the party, must attend.

       s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2010, by electronic and/or ordinary mail.

       s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522