UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  Civil No. 09-12222
 Honorable Robert H. Cleland
 Plaintiff, Magistrate Judge R. Steven Whalen
vs.

ONE (1) 2000 INTERNATIONAL TRUCK,
VIN 2HSCHAMR5YC076636; AND
ONE (1) 2004 FORD TRAILER,
VIN 2DEADDZ2741015981

 Defendants *in Rem*.
_____/

**ORDER FOR ENTRY OF CONSENT JUDGMENT AND
<u>FINAL ORDER OF FORFEITURE</u> AS TO ONE (1) 2000 INTERNATIONAL TRUCK
VIN 2HSCHAMR5YC076636**

Upon the accompanying Stipulation for Entry of Consent Judgment and Final Order of Forfeiture as to One (1) 2000 International Truck VIN 2HSCHAMR5YC076636, executed by the parties, the terms of which are incorporated by reference herein, and the Court being otherwise fully advised in the premises:

**IT IS SO ORDERED AND ADJUDGED.**


 S/Robert H. Cleland
 ROBERT H. CLELAND
 UNITED STATES DISTRICT JUDGE

Dated: May 14, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 14, 2010, by electronic and/or ordinary mail.

                                                             S/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522